# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LANITA DOTSON,**

    **Plaintiff,**      Case No.: 20-CV-1767

v.

**JAMES FAULKNER,** *et al.***,**

    **Defendants.**

## PROTECTIVE ORDER

  Plaintiff LaNita Dotson brought a motion for a Protective Order (ECF No. 59), which the state defendants stipulated to. The parties propose the following order:

  Pursuant to the Stipulation for a Protective Order (ECF No. 59) and Fed. R. Civ. P. 26(b), this Protective Order shall govern the use and distribution of information provided in response to discovery in the above-captioned case that the disclosing party designates as "Confidential" or "Attorneys Eyes Only." The categories of information that the parties contemplate may require protection under this order include:

- The name, information provided and other personally identifiable information of other persons in the care of the Wisconsin Department of Corrections, and the information they may have provided as part of an investigation related to Plaintiff's claims in this lawsuit. Inmates provide

information at great personal risk and if their identities are known, are at risk of physical harm by other inmates or other inmate allies.

- Information related to the security at the Wisconsin Department of Corrections' institutions, such as location of security cameras and internal photos. It may pose a security risk if this information is made known to the general public or inmates.
- Personally identifiable information of parties and witnesses, such as birthdates, home addresses, and home or personal cell phones numbers, if redaction would be significantly burdensome.
- Portions of personal files of the parties.

The parties note that as discovery proceeds, there may be additional categories of information that would be subject to this Protective Order

**IT IS HEREBY ORDERED** that Dotson's motion for a protective order (ECF No. 59) is **GRANTED.** The Protective Order is accepted and that the documents and information designated as "Confidential" or "Attorney's Eyes Only" shall be protected from disclosure pursuant to the terms and conditions of the Protective Order which shall govern the confidentiality of information during the course of this litigation.

Dated at Milwaukee, Wisconsin this 23rd day of December, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge