# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**LANITA DOTSON,**

    **Plaintiff,**

  v.                                                   **Case No. 20-CV-1767**

**JAMES FAULKNER,** *et al.,*

    **Defendants.**

---

## ORDER

---

On April 7, 2023, the State Defendants, Sarah Cooper, Kalen Ruck, and Amy Finke, filed a motion for summary judgment on the merits on the claims against them. (ECF No. 70.) Pursuant to Civil Local Rule 56(b)(2), plaintiff Lanita Dotson's response was due within 30 days.

That deadline has passed, and Dotson, who is represented by counsel, still has not filed a response. As such, the court will construe the motion as unopposed. The court has reviewed the defendants' motion, brief in support, and the undisputed facts, *see* Fed. R. Civ. P. 56(e)(2), and concludes that the State Defendants are entitled to summary judgment on the merits and are dismissed from the case.

**IT IS THEREFORE ORDERED** that the State Defendants' motion for summary judgment (ECF No. 70) is **GRANTED**.

**IT IS FURTHER ORDERED** that the State Defendants, Sarah Cooper,

Kalen Ruck, and Amy Finke are **DISMISSED**.


Dated at Milwaukee, Wisconsin this 22nd day of May, 2023.


BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2